1 | **ELIZABETH M. BARROS**
California State Bar No. 227629
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: elizabeth_barros@fd.org

5 | Attorneys for Eliodoro Zapata-Herrera

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE NITA L. STORMES)**

11 | UNITED STATES OF AMERICA,           )     Case No. 08MJ0546
                                         )
12 |                  Plaintiff,          )
                                         )
13 | v.                                   )     **CERTIFICATE OF SERVICE**
                                         )
14 | ELIODORO ZAPATA-HERRERA,             )
                                         )
15 |                  Defendant.          )
    |_____)

17 | Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18 | U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

20 | Respectfully submitted,

22 | DATED:     February 27, 2008        /s/ Elizabeth M. Barros
                                         **ELIZABETH M. BARROS**
23 |                                     Federal Defenders of San Diego, Inc.
                                         Attorneys for Eliodoro Zapata-Herrera