1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Eliodoro Zapata-Herrera

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE NITA L. STORMES)**

11 | UNITED STATES OF AMERICA,        )  Case No. 08MJ0546-NLS
                                      )
12 |          Plaintiff,               )
                                      )
13 | v.                                )  **CERTIFICATE OF SERVICE**
                                      )
14 | ELIODORO ZAPATA-HERRERA,          )
                                      )
15 |          Defendant.               )
   |_____)

17         Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                              Caroline.Han@usdoj.gov

20                                      Respectfully submitted,

22 DATED:      April 21, 2008            /s/ Elizabeth M. Barros
                                        **ELIZABETH M. BARROS**
23                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Eliodoro Zapata-Herrera