1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Eliodoro Zapata-Herrera

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE NITA L. STORMES)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Case No. 08MJ0546-NLS |
| 12             Plaintiff, ) | |
| 13 v.                           ) | **CERTIFICATE OF SERVICE** |
| 14 ELIODORO ZAPATA-HERRERA, ) | |
| 15             Defendant.   ) | |

17         Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                         Caroline.Han@usdoj.gov

20                                             Respectfully submitted,

22 DATED:      April 23, 2008         /s/ Elizabeth M. Barros
                                      **ELIZABETH M. BARROS**
23                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Eliodoro Zapata-Herrera